United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THADDEUS HUNT, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00202 |
| | § | |
| TRINITY TOWERS LIMITED PARTNERSHIP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 9). The M&R recommends that the Court:

- Grant the motion to compel arbitration, (D.E. 5);
- Vacate the order for initial pretrial and scheduling conference, (D.E. 3);
- Stay this case until the completion of arbitration;
- Order that the parties notify the Court of the outcome of arbitration within 14 days of final disposition; and
- Order the Clerk of Court to administratively close this case.

(D.E. 9, p. 8–9).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon,

J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 9). Accordingly, the Court **GRANTS** Defendants' motion to compel arbitration, (D.E. 5), **VACATES** the order for initial pretrial and scheduling conference, (D.E. 3), **STAYS** this case until arbitration is complete, **ORDERS** the parties to file an advisory informing the Court of the outcome of arbitration **within fourteen (14) days** of final disposition, and **ORDERS** the Clerk of Court to administratively close this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 30th, 2026